IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SYDNEY BRENNAN,

Plaintiff,

vs.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS; CENTURION HEALTH; ERICA BENNING-SMITH; INGRID RENBERG; REBECCA REIFER; KIMBERLY SMITH; DENNA MILLIN; THOMAS MONTAG; NICHOLAS MOHNEY; and RICHARD CAMACHO,

Defendants.

CIVIL DIVISION

1:26-CV-00119-RAL

**STIPULATED MOTION TO AMEND CAPTION AND SUBSTITUTE PARTIES**

AND NOW, comes Defendant Centurion Health, by and through its undersigned counsel, and files the following Stipulated Motion to Amend Caption and Substitute Parties, and in support thereof avers as follows:

1. Plaintiff, Sydney Brennan, initiated the above-captioned action on May 11, 2026, by filing a Complaint naming, *inter alia*, "Centurion Health" as a Defendant. (Doc. 1).

2. The parties, through their respective counsel, have stipulated and agreed that Centurion of Pennsylvania, LLC is the proper entity to be named in this action in place of "Centurion Health" and request that Centurion of Pennsylvania, LLC be substituted in place of "Centurion Health" as a Defendant in this matter.

3. A true and correct copy of the parties' Stipulation to Amend Caption and Substitute Parties is attached hereto as "Exhibit A."

4. The parties further stipulate and agree that the caption in this matter, and all pleadings filed to date, shall be deemed amended to reflect the substitution, as follows:

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYDNEY BRENNAN,<br><br>Plaintiff,<br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS; CENTURION OF PENNSYLVANIA, LLC; ERICA BENNING-SMITH; INGRID RENBERG; REBECCA REIFER; KIMBERLY SMITH; DENNA MILLIN; THOMAS MONTAG; NICHOLAS MOHNEY; and RICHARD CAMACHO,<br><br>Defendants. | CIVIL DIVISION<br><br>1:26-CV-00119-RAL |

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order amending the caption in this matter and substituting Centurion of Pennsylvania, LLC in place of "Centurion Health," pursuant to the parties' Stipulation.

BAU M O'CONNOR CULLEN CHMIEL
***Electronically Filed***

By: /s/Cassidsy L. Neal
Cassidy L. Neal, Esquire
PA I.D. 311979
Attorneys for Richard Camacho. Ingrid Renberg, and Centurion Health, Defendants

912 Fort Duquesne Blvd
Pittsburgh, PA 15222
(412) 338-4750
cneal@bocclawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am this day serving a true and correct copy of the foregoing **STIPULATED MOTION TO AMEND CAPTION AND SUBSTITUTE PARTIES** upon Counsel via CM/ECF, this 4th day of June, 2026.

BAUM O'CONNOR CULLEN CHMIEL
***Electronically Filed***

By: /s/Cassidsy L. Neal
Cassidy L. Neal, Esquire
PA I.D. 311979
Attorneys for Richard Camacho. Ingrid Renberg, and Centurion Health, Defendants

912 Fort Duquesne Blvd
Pittsburgh, PA 15222
(412) 338-4750
cneal@bocclawfirm.com