**Exhibit "A"**

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYDNEY BRENNAN,<br><br>Plaintiff,<br>vs.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS; CENTURION HEALTH; ERICA BENNING-SMITH; INGRID RENBERG; REBECCA REIFER; KIMBERLY SMITH; DENNA MILLIN; THOMAS MONTAG; NICHOLAS MOHNEY; and RICHARD CAMACHO,<br><br>Defendants. | CIVIL DIVISION<br><br>1:26-CV-00119-RAL |

**STIPULATION TO SUBSTITUTE PARTIES AND AMEND CAPTION**

1. The parties, through their respective undersigned counsel, hereby stipulate and agree that Centurion of Pennsylvania, LLC substitutes "Centurion Health" as a party Defendant in this action.

2. It is further stipulated and agreed that the caption in this matter, and all pleadings filed to date, shall be deemed amended to reflect the substitution of Centurion of Pennsylvania, LLC in place of "Centurion Health."

3. The parties respectfully request that this Honorable Court enter an Order approving the substitution and directing the Clerk of Court to amend the caption accordingly.

*/s/Lisa Fanning*
Lisa Fanning, Esquire
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304S
Philadelphia, PA 19106
***Counsel for Plaintiff***

*/s/Cassidsy L. Neal*
Cassidy L. Neal, Esquire
Baum O'Connor Cullen Chmiel
912 Fort Duquesne Blvd
Pittsburgh, PA 15222
***Counsel for Richard Camacho, Ingrid Renberg, and Centurion Health (an incorrect party) Defendants***

*/s/Kelly J. Stewart*
Kelly J. Stewart, Esquire
Pennsylvania Dept. of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
***Counsel for DOC Defendants***